JACOB GINTHER AND ANOTHER *v.* HENRY E. RICHMOND.

Ordered that the entry of verdict be amended as asked for in the notice of motion ; that the motion to amend the entry of the order denying motion for a new trial on the minutes be denied ; and that the Special Term order of August 27, 1879, be affirmed without prejudice to the right of the plaintiffs to have their costs adjusted and judgment therefor entered on the entry of the verdict as thus amended, leave to do which is hereby granted.

GEORGE T. DE ROE, RESPONDENT, *v.* ROSWELL B. SMITH AND OTHERS, APPELLANTS.

Order reversed, with ten dollars costs and disbursements; and motion denied, with ten dollars costs.

LEVI NICHOLS *v.* GEORGE DREW AND OTHERS.

Motion for re-argument granted on the ground that the attention of the court not having been called to section 490 of the Code of Civil Procedure, the question whether the specifications in the demurrer were insufficient to raise the point upon which the case was decided, was overlooked.

THE DUNKIRK FIREMEN'S ASSOCIATION, FIRE DEPARTMENT OF THE VILLAGE OF DUNKIRK, APPELLANT, *v.* LOUIS MONROSE AND ANOTHER, RESPONDENTS.

Order affirmed, with ten dollars costs and disbursements.

THE STEUBEN COUNTY BANK, RESPONDENT, *v.* JOHN L. ALBERGER AND OTHERS, APPELLANTS.

Order of Special Term affirmed, with ten dollars costs and disbursements.

THE STEUBEN COUNTY BANK, APPELLANT, *v.* JOHN L. ALBERGER AND OTHERS.

Appeal by plaintiff from order of Special Term setting aside the attachment in this case as to Rosinda Bill, respondent. So much of the order as is appealed from affirmed, with ten dollars costs and disbursements.